No. 80–1934. TEXAS ET AL. v. CERTAIN NAMED AND UNNAMED UNDOCUMENTED ALIEN CHILDREN ET AL. Appeal from C. A. 5th Cir. Motion of appellant Texas to expedite consideration of the appeal granted. Motion of appellees Sandra and Maria Cardenas for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted, case consolidated with No. 80–1538, *Plyer, Superintendent, Tyler Independent School District, et al.* v. *Doe, Guardian, et al.* [probable jurisdiction noted, 451 U. S. 968], and a total of one hour allotted for oral argument.

No. 80–1199. AMERICAN TOBACCO CO. ET AL. v. PATTERSON ET AL. C. A. 4th Cir. Certiorari granted.

No. 80–1730. LUGAR v. EDMONDSON OIL CO., INC., ET AL. C. A. 4th Cir. Certiorari granted.

No. 80–1765. AMERICAN SOCIETY OF MECHANICAL ENGINEERS, INC. v. HYDROLEVEL CORP. C. A. 2d Cir. Certiorari granted.

No. 80–1735. FEDERAL BUREAU OF INVESTIGATION ET AL. v. ABRAMSON. C. A. D. C. Cir. Certiorari granted. JUSTICE POWELL took no part in the consideration ·or decision of this petition.

No. 80–1781. McNICHOLS, MAYOR OF DENVER, ET AL. v. BALDRIGE, SECRETARY OF COMMERCE, ET AL. C. A. 10th Cir. Motion of the Solicitor General to expedite consideration of the petition for writ of certiorari granted. Upon consideration of the petition for writ of certiorari, certiorari granted.